# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRUCE ANTHONY MCPHERSON, *also known as Mackal B. Mkfarson*,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | Case No.  1:25-cv-01888-KES-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES<br><br>(ECF No. 2)<br><br>**TWENTY-ONE DAY DEADLINE** |

Plaintiff Michael Bruce Anthony McPherson filed a civil rights complaint on December 16, 2025, as well as an application to proceed *in forma pauperis*.  (ECF Nos. 1, 2.)  However, the Court was unable to determine from the information provided in the application whether Plaintiff is entitled to proceed in this action without prepayment of fees.  Therefore, the Court gave Plaintiff 21 days within which to file a long form application.  (ECF No. 6.)  Subsequently, Plaintiff's mail was returned as undeliverable.  However, Plaintiff's name and address appear have to been updated on the docket.  (ECF Nos. 8, 9.)  It is not clear that Plaintiff received the Court's previous order, and therefore, in an abundance of caution, the Court will give Plaintiff another opportunity to file a long form *in forma pauperis* application.

Accordingly, the Court will direct Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  If Plaintiff is

unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an *in forma pauperis* application (Long Form) to Plaintiff;

2. Within **twenty one (21) days** of the date of this order, Plaintiff shall either (1) pay the statutory filing fee of $350.00 for this action, or (2) file an application to proceed *in forma pauperis* without prepayment of the fee; and

3. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:   **February 18, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2